FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN
JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/13/2015 8:56:48 AM

CATHY S. LUSK
Clerk

May 12, 2015

Ms. Reba Squyres
District Clerk
Angelina County
P. O. Box 908
Lufkin, TX 75902-0908
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:          12-14-00114-CR
          Trial Court Case Number:   2012-0589

**Style:**  David Luke Forrester
           v.
           The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C  Mr. Art Bauereiss (DELIVERED VIA E-MAIL)
C  Mr. Dan Lamar Cogdell (DELIVERED VIA E-MAIL)
:

Mandate executed on 13th day of May, 2015.

Brief explanation of action taken: File stamped and entered

Robin J. Crain DeputyDistrict Clerk